## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

In re:                                    )
GIACOBAZZI, JUSTIN M.                     )     Case Number 15-80244
    Debtor.                               )     (Chapter 13)
                                          )

## **CHAPTER 13 PLAN**

1. The Debtor proposes to pay the Trustee appointed by this Court the following amount until all of his creditors whose claims are filed and allowed have been paid in accordance with this plan: $745.00 per month for approximately sixty (60) months at 100% to all creditors with the monthly payment to be deducted from the savings account at CEFCU.

2. The Debtor proposes to have the Trustee pay the following secured and priority creditors, pro rata to the extent listed: NONE.

3. After the above secured and priority creditors have been paid the value of their security, then all unsecured creditors, including the unsecured portion of a secured creditor's claims, shall be paid pro rata from funds remaining after payment of the above-scheduled claims.

4. The Debtor shall pay the following creditors outside the plan and said payments have been provided for in the Debtor's monthly budget:

    A. Student Loan Finance Corporation to be paid 100% at contract interest for the Student Loan.

    B. PNC Mortgage to be paid 100% at contract interest secured by the Mortgage for the property located at 5101 Pfeiffer Road, Peoria, Illinois.

    C. Harley Davidson Credit to be paid 100% at contract interest secured by the 2014 Harley Davidson Street Glide.

5. The Debtor proposes to surrender the following:

   A. The Bluegreen Vacation Club Timeshare at Paradise Point Resort to Bluegreen Vacation Club.

  6. The Debtor proposes to avoid the non-purchase money security interests held by the following creditors in his household goods and furnishings: NONE.

  7. The Debtor hereby assumes the following unexpired leases and executory contracts and rejects all others:

   A. Reject the lease on the 2013 Toyota Corolla with Toyota Financial Services.

  8. The secured creditors shall retain their liens upon their collateral until they have been paid the value of said property.

  9. The Trustee shall pay to the Debtor's attorney the sum of $3,500.00 for attorney's fees, payable as ordered by the court.

  10. No interest, service or late charges shall be allowed upon unsecured claims nor upon an undersecured creditor's claim unless otherwise provided.

          JUSTIN GIACOBAZZI

       By: */s/ Spencer Lee Daniels*
          His Attorney

Spencer Lee Daniels, Esq.
Attorney at Law
411 Hamilton Boulevard, Suite 1500
Peoria, Illinois 61602
(309) 673-1400